920.231.2150
Fax: 920.231.5713
E-Mail info@ch13oshkosh.com

**REBECCA R. GARCIA**
**Chapter 13 Trustee in Bankruptcy**
**EASTERN DISTRICT OF WISCONSIN**
**P O Box 3170**
**Oshkosh, WI 54903-3170**

November 16, 2015

Honorable Margaret D McGarity
U S Bankruptcy Court Judge
517 E. Wisconsin Avenue
Milwaukee, WI 53202

**Re: Billie Harmon**
     **Case No. 2013-29631-MDM-13**

Dear Judge McGarity:

    The trustee previously filed a Motion to Dismiss on this case returnable before you on the 3rd day of June, 2014. Prior to the hearing a Stipulation was entered and the trustee was granted a letter of renewal for the duration of the plan. A copy of the Order may be viewed in the Court docket. Please consider this letter a renewal of the trustee's Motion to Dismiss as the debtor has failed to remit copies of the debtor's 2014 income tax returns, as well as, one-half the net refund, if any.

    **Please note that debtor(s) and counsel are receiving a copy of this letter via conventional mail or electronically (if the party accepts service in that manner). If a request for a hearing is not filed within 21 days of the date of this letter, the Court can dismiss the case without further hearing. If a timely objection to this letter renewal of the Motion to Dismiss is filed, the Court will set the matter for a hearing.**

    Sincerely,

    /s/ Jennifer K. Marchinowski
    Staff Attorney for
    Rebecca R. Garcia
    Chapter 13 Trustee

c: Billie Harmon
   Deladurantey Law Office LLC

JKM:klw

U S BANKRUPTCY COURT
                    EASTERN DISTRICT OF WISCONSIN
---

In re:                                                    Chapter 13
BILLIE J HARMON                                           Case No. 2013-29631-MDM
4552 N 67TH ST
MILWAUKEE, WI 53218
                    Debtor(s)                    **CERTIFICATE OF SERVICE**
---

STATE OF WISCONSIN )
                   ) SS
WINNEBAGO COUNTY   )

      Kristina L. Wilder, being first duly sworn on oath, states that she is an employee in the office of Rebecca R. Garcia, Chapter 13 Standing Trustee, P.O. Box 3170, Oshkosh, WI 54903-3170 and on the 16th day of November 2015, she mailed a copy of the Letter of Renewal of Trustee's Motion to Dismiss in a first class postage paid envelope to the following:

BILLIE J HARMON
4552 N 67TH ST
MILWAUKEE, WI 53218

And the following were served electronically:

DELADURANTEY LAW OFFICE LLC

Dated: November 16, 2015

                                                        /s/ Kristina L. Wilder
                                                         Kristina L. Wilder